IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JACOB ASHER PLOWRIGHT,        *
                              *
    Petitioner,               *
                              *   CV 114-057
    vs.                       *   (underlying CR 107-167)
                              *
UNITED STATES OF AMERICA,     *
                              *
    Respondent.               *

O R D E R

On August 2, 2018, this Court denied Petitioner Jacob Asher Plowright's "Motion to Vacate" its Order and Judgment of May 8, 2014, in the captioned case. At present, Petitioner moves for reconsideration, claiming that he erroneously challenged the wrong order in his "Motion to Vacate." Instead, Petitioner wished to set aside the Order and Judgment in his original 28 U.S.C. § 2255 case, <u>Plowright v. United States</u>, CV 111-065 (S.D. Ga. May 5, 2011).

Petitioner has now filed a motion for reconsideration in his original § 2255 case, <u>see</u> doc. no. 23 therein. Because the Court will fully consider that motion in the context of the original § 2255 proceeding, the motion for reconsideration filed in this case (doc. no. 29) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this _16_ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE